# UNITED STATES DISTRICT COURT
## District of Kansas
### (Wichita Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                        Case No. 15-10084 -01, 02, 03-EFM

MICHAEL E. FOXWORTHY,
LASHAWNDA L. LINDEMAN, and
STEPHEN A. ESPINOZA,

        Defendants.

# SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

**21 U.S.C. § 846, 841(a)(1)**
**(Conspiracy to Distribute a Controlled Substance)**

Beginning on or about a date unknown to the grand jury, and continuing through

June 5, 2015, in the District of Kansas, the defendants,

**LASHAWNDA L. LINDEMAN, and**
**STEPHEN A. ESPINOZA,**

did knowingly, willfully and unlawfully combine, conspire, confederate and agree with another person and persons, whose identities are known and unknown to the Grand Jury, to distribute more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

All in violation of Title 21, United States Code, Section 846 and 841(a)(1) and (b)(1)(B).

## COUNT TWO

### 21 U.S.C. § 841(a)(1) and (b)(1)(C)
### (Possession with Intent to Distribute)

On or about June 5, 2015, in the District of Kansas, the defendant,

### MICHAEL E. FOXWORTHY,

did unlawfully, knowingly and intentionally possess with the intent to distribute more than 5 grams of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE

### 21 U.S.C. § 841(a)(1) and (b)(1)(B)
### (Possession with Intent to Distribute)

On or about June 5, 2015, in the District of Kansas, the defendants,

### LASHAWNDA L. LINDEMAN, and
### STEPHEN A. ESPINOZA,

did unlawfully, knowingly and intentionally possess with the intent to distribute more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT FOUR

**18 U.S.C. § 924(c)**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about June 5, 2015, in the District of Kansas, the defendants,

**LASHAWNDA L. LINDEMAN, and**
**STEPHEN A. ESPINOZA,**

did unlawfully possess a firearm, to wit, Glock 22, 40 caliber handgun, in furtherance of a drug trafficking crime, to wit: possession of 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine with the intent to distribute.

In violation of Title 18, United States Code, § 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

As a result of committing the foregoing offense alleged in Count 2 of this Indictment, the defendant,

**MICHAEL E. FOXWORTHY,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, all property, real and personal, that constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the said violations and any property used, and intended to be used, in any

3

manner and part, to commit, and to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1.  2013 Kia Forte, VIN: KNAFW4A39D5708178.

If any of the property described above, as a result of any act or omission of the defendant:

     a.  cannot be located upon the exercise of due diligence;

     b.  has been transferred or sold to, or deposited with, a third-party;

     c.  has been placed beyond the jurisdiction of the court;

     d.  has been substantially diminished in value, or

     e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All in violation of Title 21, United States Code, Section 853.

## FORFEITURE ALLEGATION 2

As a result of committing the offense alleged in Count 4 of this Indictment, the defendants,

**LASHAWNDA L. LINDEMAN, and**
**STEPHEN A. ESPINOZA,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

1.     Firearms and Ammunition

     a.     One Glock 22, 40 caliber handgun.

     b.     Ammunition.

In violation of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

**A TRUE BILL**

August 18, 2015            s/Foreperson
DATE                    FOREPERSON OF THE GRAND JURY

 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
Barry.Grissom@usdoj.gov

**It is requested that the trial be held in Wichita, KS**